TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-05-00173-CV






Appellant, World Access Telecommunications Group, Inc.//Cross-Appellants, Statewide
Calling, Inc. d/b/a Community Services; Statewide LJR; Statewide Bulverde; Statewide
McAllen; and Mike Fine


v.


Appellees, Statewide Calling, Inc. d/b/a Community Services; Statewide LJR; Statewide
Bulverde; Statewide McAllen; and Mike Fine//Cross-Appellee, World Access
Telecommunications Group, Inc.






FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT

NO. C2002-729-C, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING





C O N C U R R I N G O P I N I O N


 I concur and join in the judgment only.




 

 Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Filed October 17, 2006